### STATE

v.

**Edward FRANCO.**

**No. 79–514–C.A.**

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Allegra Munson, Asst. Public Defender, for defendant.

### ORDER

The defendant's motion to correct the record herein by returning to the Superior Court those indictments with respect to which no appeal was taken is hereby granted.

BEVILACQUA, C. J., and DORIS, J., did not participate.

### STATE

v.

**Samuel FUENTES.**

**No. 79–132–C.A.**

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Sp. Asst. Atty. Gen., for plaintiff.

John A. MacFadyen III, Asst. Public Defender, for defendant.

### ORDER

The defendant's motion to file a brief in excess of 50 pages is granted.

BEVILACQUA, C. J., and DORIS, J., did not participate.

### STATE

v.

**Frank Jacob KOWAL.**

**No. 79–105–C.A.**

Supreme Court of Rhode Island.

Sept. 25, 1980.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Sp. Asst. Atty. Gen., for plaintiff.

John Tramonti, Jr., Providence, for defendant.

### ORDER

The state's motion to change the assignment date for oral argument is denied.

BEVILACQUA, C. J., and DORIS, J., did not participate.